# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:20-CR- |
| v. | : | (JUDGE          ) |
| MATTHEW R. FORNEY,<br>Defendant. | : | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
Tax Evasion
(Title 26, U.S.C., Section 7201)

On or about April 15, 2015, in the Middle District of Pennsylvania and elsewhere, the Defendant,

### MATTHEW R. FORNEY,

a resident of York, Pennsylvania, willfully attempted to evade and defeat income tax due and owing by him and his spouse to the United States of America, for the calendar year 2014, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent Income Tax Return, IRS Form 1040, which was submitted to the Internal Revenue Service. On that tax return, the Defendant, MATTHEW R. FORNEY, reported and caused to be reported that his

and his spouse's joint taxable income for the calendar year 2014 was $477,752, and that the amount of tax due and owing was $135,943. In fact, as the Defendant, MATTHEW R. FORNEY knew, the Defendant, MATTHEW R. FORNEY and his spouse had joint taxable income for the calendar year 2014 that was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7201.

## COUNT 2
Tax Evasion
(Title 26, U.S.C., Section 7201)

On or about April 15, 2016, in the Middle District of Pennsylvania and elsewhere, the Defendant,

**MATTHEW R. FORNEY**,

a resident of York, Pennsylvania, willfully attempted to evade and defeat income tax due and owing by him and his spouse to the United States of America, for the calendar year 2015, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent Income Tax Return, IRS Form 1040, which was submitted to the Internal Revenue Service. On that tax return, the Defendant,

MATTHEW R. FORNEY, reported and caused to be reported that his and his spouse's joint taxable income for the calendar year 2015 was $263,484, and that the amount of tax due and owing was $65,416. In fact, as the Defendant, MATTHEW R. FORNEY knew, the Defendant, MATTHEW R. FORNEY and his spouse had joint taxable income for the calendar year 2015 that was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7201.

## COUNT 3
Tax Evasion
(Title 26, U.S.C., Section 7201)

On or about April 15, 2017, in the Middle District of Pennsylvania and elsewhere, the Defendant,

**MATTHEW R. FORNEY**,

a resident of York, Pennsylvania, willfully attempted to evade and defeat income tax due and owing by him and his spouse to the United States of America, for the calendar year 2016, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent Income Tax Return, IRS Form 1040, which was submitted to

the Internal Revenue Service. On that tax return, the Defendant, MATTHEW R. FORNEY, reported and caused to be reported that his and his spouse's joint taxable income for the calendar year 2016 was $114,471, and that the amount of tax due and owing was $20,160. In fact, as the Defendant, MATTHEW R. FORNEY knew, the Defendant, MATTHEW R. FORNEY and his spouse had joint taxable income for the calendar year 2016 that was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7201.

### COUNT 4
Tax Evasion
(Title 26, U.S.C., Section 7201)

On or about April 15, 2018, in the Middle District of Pennsylvania and elsewhere, the Defendant,

**MATTHEW R. FORNEY**,

a resident of York, Pennsylvania, willfully attempted to evade and defeat income tax due and owing by him and his spouse to the United States of America, for the calendar year 2017, by preparing and causing to be prepared, and by signing and causing to be signed, a false and

fraudulent Income Tax Return, IRS Form 1040, which was submitted to the Internal Revenue Service. On that tax return, the Defendant, MATTHEW R. FORNEY, reported and caused to be reported that his and his spouse's joint taxable income for the calendar year 2017 was $336,094, and that the amount of tax due and owing was $75,400. In fact, as the Defendant, MATTHEW R. FORNEY knew, the Defendant, MATTHEW R. FORNEY and his spouse had joint taxable income for the calendar year 2017 that was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7201.

DAVID J. FREED
UNITED STATES ATTORNEY

_____     __07/24/2020_____
DARYL F. BLOOM                                       Date
Assistant United States Attorney